IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02468-WYD-MEH

MARCELINO TRUJILLO,

    Plaintiff,

v.

BURLINGTON NORTHERN SANTA FE RAILROAD,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 12, 2010.**

    Recognizing the difficulty in holding a settlement conference when one or both parties are not yet prepared to engage in negotiations, Defendant's Motion to Vacate Settlement Conference [filed April 12, 2010; docket #9] is **granted**. The Settlement Conference currently scheduled for April 19, 2010 is **vacated**. On or before April 19, 2010, the parties shall conference together and call my Chambers at (303) 844-4507 to obtain an alternate date for the conference.