IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02468-WYD-MEH

MARCELINO TRUJILLO,

    Plaintiff,

v.

BURLINGTON NORTHERN SANTA FE RAILROAD,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 15, 2010.**

    Recognizing the difficulty in holding a settlement conference when one or both parties are not yet prepared to engage in negotiations, Defendant's second Motion to Vacate Settlement Conference [filed September 13, 2010; docket #20] is **granted**. The Settlement Conference currently scheduled for September 20, 2010 is **vacated**. If they choose to do so, the parties may contact my Chambers to arrange an alternate date for a settlement conference at any time during the litigation.