IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-02468-WYD-MEH

MARCELINO TRUJILLO,

    Plaintiff,

v.

BURLINGTON NORTHERN SANTA FE RAILROAD,

    Defendant.

---

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

---

THIS MATTER is before the Court on Defendant's Motion for Summary Judgment (ECF No. 13), filed July 20, 2010.  The motion was referred to Magistrate Judge Michael E. Hegarty for a Recommendation by Order of Reference dated October 29, 2009.  Magistrate Judge Hegarty issued a Recommendation on October 19, 2010.  Specifically, Magistrate Judge Hegarty recommends that the pending motion be granted.  (Recommendation at 1.)  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

Magistrate Judge Hegarty advised the parties that written objections were due within fourteen (14) days after service of a copy of the Recommendation.  (Recommendation at 1.)  Despite this advisement, no objections were filed to the Recommendation.  No objections having been filed, I am vested with discretion to review the Recommendation "under any standard [I] deem[] appropriate."  *Summers v.*

*Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").  Nonetheless, though not required to do so, I review the Recommendation to "satisfy [my]self that there is no clear error on the face of the record."[1]  See FED. R. CIV. P. 72(b) Advisory Committee Notes.

Having reviewed the Recommendation, I am satisfied that there is no clear error on the face of the record.  I find that Magistrate Judge Hegarty's Recommendation is thorough, well reasoned and sound.  I agree with Magistrate Judge Hegarty that the pending motion should be granted for the reasons stated in both the Recommendation and this Order.

Based on the foregoing, it is

ORDERED that the Recommendation of United States Magistrate Judge Hegarty (ECF No. 23), filed October 19, 2010, is **AFFIRMED** and **ADOPTED**.

In accordance therewith, it is

FURTHER ORDERED that the Defendant's Motion for Summary Judgment (ECF No. 13), filed July 20, 2010, is **GRANTED** and Plaintiff's claims are **DISMISSED WITH PREJUDICE.**  This matter is hereby dismissed.

Dated:  November 8, 2010

---

[1]  Note, this standard of review is something less than a "clearly erroneous or contrary to law" standard of review, FED. R. CIV. P. 72(a), which in turn is less than a de novo review, FED. R. CIV. P. 72(b).

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge